# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS ISGUERRA-MAGANA (1),<br><br>　　　　　　　　　Defendant. | Criminal Case No. 90CR1285-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Carlos Isguerra-Magana is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

IT IS SO ORDERED.

DATED: November 19, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT